A CERTIFIED TRUE COPY

AUG 3 1 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9.2.05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2005

FILED
CLERK'S OFFICE

FILED
ASHEVILLE, N.C.
SEP - 9 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

DOCKET NO. 875

1:05CV268

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-251)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,922 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature] Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-251 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1533 | David Setterberg v. Newport News Shipbuilding & Dry Dock Co., et al. |
| CAN 3 05-2603 | M.N., et al. v. Viacom, Inc., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 2 05-90 | Tommie D. Kirkland, Sr. v. Ford Motor Co., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 05-2709~~ | ~~Terry Cardaro, et al. v. Aerojet General Corp., et al.~~  Vacated 8/24/05 |
| **MINNESOTA** | |
| MN 0 05-1419 | Patricia Plombon, etc. v. Burlington Northern & Santa Fe Railway Co. |
| MN 0 05-1598 | Frank Kozar v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1602 | Roger Ralph Houwman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1606 | Thomas Lloyd Leseman v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1607 | William Joseph Lopac v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1608 | Joseph Alex Marcella v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1610 | Robert J. Skiba v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1611 | James Richard Wright v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1614 | William Fredrick Stodola v. Garlock Sealing Technologies, LLC, et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-669 | Larry Schrock v. Burlington Northern & Santa Fe Railway Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-317 | Jackie T. Jenkins v. AlliedSignal, Inc., et al. |
| MSS 1 05-341 | Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al. |
| ~~MSS 1 05-344~~ | ~~Estate of Clyde Lang v. Abex Corp., et al.~~  Opposed 8/19/05 |
| ~~MSS 1 05-345~~ | ~~Eddie Gilmore v. Abex Corp., et al.~~  Opposed 8/19/05 |
| ~~MSS 1 05-346~~ | ~~Hunter C. Martin v. Abex Corp., et al.~~  Opposed 8/19/05 |
| ~~MSS 1 05-347~~ | ~~Walter Lee Stokes v. Abex Corp., et al.~~  Opposed 8/19/05 |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 05-57 | Arthur Clinton Armstrong v. Albany International, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-407 | Charlie Calvin Barringer, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-627 | B.J. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-639 | William C. Cook, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-640 | Forrest L. Davis, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-240 | Donald E. Hibberts, et al. v. Aqua-Chem., Inc., et al. |
| NCW 1 05-241 | Walter D. Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-260 | Samuel E. Thompson, et al. v. Aqua-Chem., Inc., et al. |
| NCW 1 05-261 | Kevin J. Griffis, et al. v. Aqua-Chem, Inc., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 05-2180 | Wayne J. Corcoran v. Consolidated Rail Corp., et al. |
| NYE 1 05-2181 | Roger John Bauer v. Consolidated Rail Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4038 | Dominick N. Serini, et al. v. General Electric Co., et al. |
| ~~NYS 1 05-5730~~ | ~~Peter J. Funk, et al. v. General Electric Co., et al.~~    Opposed 8/30/05 |
| **OKLAHOMA WESTERN** | |
| OKW 5 05-839 | Michael S. Biffle, etc. v. Union Carbide Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2012 | Harry Douglas Blackwood, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2161 | Charles M. Ross, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 05-2163 | Gerald D. McManus, et al. v. Aqua-Chem, Ic. et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-499 | Ralph Terna v. Champion International Corp. |