FILED
ASHEVILLE, N.C.

DEC 13 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | |
| BILLY G. NORRIS, Plaintiff, | USDC, WDNC Civil Action No. 1:05CV268 |
| v. | |
| A.W. CHESTERTON, INC., et. al. Defendants. | |

## ORDER

Upon motion by Defendant Goulds Pumps, Inc. and the consent of Plaintiff, and for good cause shown, it is hereby ORDERED that Defendant Goulds Pumps, Inc.'s Consent Motion for Leave to File Answer is granted and Defendant's Answer, which Defendant contemporaneously filed with its motion, is hereby deemed properly filed.

IT IS SO ORDERED.

Dated this the 20th day of November, 2006.

_____
Honorable Chief Judge James T. Giles